**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BYRON & YVONNE GRIFFITH** | § | **PLAINTIFFS** |
| | § | |
| **v.** | § | **Civil Action No. 1:06CV189LG-JMR** |
| | § | |
| **U-STORE IT MINIWAREHOUSE CO.** | § | **DEFENDANT** |

**<u>JUDGMENT</u>**

This matter having came on to be heard on a Motion for Summary Judgment filed by U-Store.  The Court, after a full review and consideration of the Defendant's Motion, Plaintiffs' Response, Defendant's Rebuttal, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the Defendant pursuant to FED. R. CIV. P. 56. Plaintiffs' case against the Defendant is hereby dismissed with prejudice.  All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED** this the 20th day of April, 2007.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE